UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jose Antonio-Rodriguez,

       Plaintiff,

vs.                                                                    ORDER

Six Unknown Named Agents,

       Defendants.                                 Civ. No. 06-2244(PAM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED:**

That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated June 12, 2006, and for failure to prosecute.

                                                  s/ Paul A. Magnuson
                                                  Paul A. Magnuson, Judge
                                                  United States District Court

DATED: September 16, 2006
At St. Paul, Minnesota